USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2020_

# Fischetti & Malgieri
### Attorneys at Law

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

*Monica Nejathaim (NY, NJ)*

*Evan A. Brocato (Paralegal)*

747 Third Avenue
20th Floor
New York, NY 10017
212-593-7100 (Tel)
212-758-2809 (Fax)
www.fischettilaw.com

September 9, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Spectrum Painting, Inc. et al.,* 19 Civ. 2096 (AT)

Dear Judge Torres:

I am writing to respectfully request an adjournment of a pretrial conference in the above referenced case currently scheduled on the holiday of Yom Kippur, on Monday, September 28, 2020 at 11:20 a.m. I have conferred with all parties who consent to this adjournment and Wednesday, September 30, 2020 works for all parties if that date also works for the Court. Thank you in advance for considering this request.

GRANTED. The initial pretrial conference scheduled for September 28, 2020, is ADJOURNED to **September 29, 2020**, at **10:20 a.m.** By **September 22, 2020**, the parties shall submit their joint letter and proposed case management plan. On **September 29, 2020**, at **10:20 a.m.**, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

SO ORDERED.

Dated: September 10, 2020
New York, New York

**ANALISA TORRES**
United States District Judge