```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

SPECTRUM PAINTING CORP., and TOWER MAINTENANCE CORP.,

                Defendants.

19 Civ. 2096 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The order of dismissal at ECF No. 91 is VACATED.

    SO ORDERED.

Dated: April 28, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge