UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

-against-

SPECTRUM PAINTING CORP., and TOWER MAINTENANCE CORP.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/2021_

19 Civ. 2096 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On January 20, 2021, the Court ordered the parties to submit a joint status letter by July 5, 2021. ECF No. 87.

  That submission is now overdue. Accordingly, the parties shall submit their joint status letter by **5:00 p.m.** on **July 14, 2021**. The case management conference scheduled for July 12, 2021, is ADJOURNED *sine die*.

  SO ORDERED.

Dated: July 9, 2021
   New York, New York

                ANALISA TORRES
                United States District Judge