USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/17/2021____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

TOWER MAINTENANCE CORP. et al.,

                  Defendant.

19 Civ. 2096 (AT)(RWL)

**JUDGMENT**

Upon the consent of plaintiff the United States of America and Defendant Tower Maintenance Corp. ("Tower"), it is hereby:

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $150,000 against Tower as well as post-judgment interest at the rate provided in 28 U.S.C. § 1961.

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
August 16, 2021

FOR THE UNITED STATES:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: *[signature]*
MÓNICA P. FOLCH
DAVID J. KENNEDY
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:   (212) 637-6659/2733

Dated: New York, New York
Aug 16, 2021

FOR DEFENDANT TOWER:

TOWER MAINTENANCE CORP.

By: *[signature]*
ELIZABETH VLAHOPOULOS
President

GEORGOULIS PLLC

By: *[signature]*
CHRIS GEORGOULIS
120 Wall Street, Suite 1803
New York, New York 10005
Tel:   212-425-7854
Email: cg@georgoulis.com

SO ORDERED.

Dated: August 17, 2021
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge